**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FRANKL AND JOHN DECKARD, | No. C07-80195 MISC MHP (EMC) |
| Plaintiffs, | |
| v. | CLERK'S NOTICE |
| NETOPIA, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on the MOTION OF THE NETOPIA AUDIT COMMITTEE TO QUASH OR MODIFY SUBPOENA DUCES TECUM is set for **October 3, 2007 at 1:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by September 12, 2007. Reply shall be filed by September 19, 2007.

Dated: August 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FRANKL AND JOHN DECKARD, | No. C07-80195 MISC MHP (EMC) |
| Plaintiffs, | |
| v. | |
| NETOPIA, INC., et al., | CERTIFICATE OF SERVICE |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Wade McClure
Gibson, McClure, Wallace & Daniels
8080 N. Central Expressway
Suite 1300, LB 50
Dallas, TX 75206
(Atty for Plaintiffs)

Dated: August 20, 2007               RICHARD W. WIEKING, CLERK

By: _____/s/ Betty Fong_____
Betty Fong
Deputy Clerk

2