1  GIBSON, MCCLURE, WALLACE & DANIELS, L.L.P.
   WADE L. MCCLURE (SBN: 13428700)
2  8080 N. Central Expressway, Suite 1300, LB50
   Dallas, Texas 75206-1838
3  Telephone: (214) 891-8040
   Facsimile:  (214) 891-8010
4  wmcclure@gmwd.com
   Attorneys for John Deckard and Peter Frankl
5

6

7

8              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9

10

11 PETER FRANKL AND                    Case No. 3:078-MC-80195(MHP)
   JOHN DECKARD,

12              Plaintiffs,            (PENDING IN THE U.S. DISTRICT
                                       COURT FOR THE NORTHERN
13                                     DISTRICT OF TEXAS 3:05-CV-1757B)
                                       (*PRO HAC VICE*)
14 v.

15 NETOPIA, INC. AND ALAN LEFKOF,      OPPOSITION TO NETOPIA'S MOTION
                                       TO QUASH OR MODIFY JONATHAN
16              Defendants.            GUTHART'S SUBPOENA DUCES
                                       TECUM
17
                                       Assigned to Magistrate Judge Edward Chen
18                                     Date:   October 3, 2007
                                       Time:  1:00 p.m.
19

20

21

22

23

24

25

26

27

28 **Opposition to Netopia's Motion to Quash or Modify**
   **Jonathan Guthart's Subpoena Duces Tecum - Page 1**          **Case No. 3:078-MC-80195(MHP)**

1 **TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2          Plaintiffs incorporate the Opposition papers they have filed today concerning the Morrison

3 & Foerster subpoena.  Exhibit K to the Declaration of Wade McClure filed in support of their

4 opposition contains portions of deposition testimony of at least two representatives of KPMG

5 including Mr. Guthart.  This disclosure of testimony to the SEC, without objection, waives any

6 privileges that either Netopia or KPMG might have enjoyed with respect to the subject matter of

7 those depositions.  Plaintiffs would also advise the Court that a similar Motion has been filed in the

8 underlying case, Civil Action No. 3:05-CV-1757-AH ECF,  *Peter Frankl and John Deckard v.*

9 *Netopia, Inc. and Alan Lefkof*.  See Netopia's Motion for Protection or, Alternatively, Motion for

10 Leave to File Motion for Partial Summary Judgment, attached as Exhibit A.  This Motion included,

11 among other things,  a request by Netopia for protective order concerning the subpoenas served on

12 Mr. Guthart.  See Exhibit M to that Motion, which is attached hereto as Exhibit B.  Magistrate

13 Judge Sanderson heard arguments on this Motion on September 11, 2007 and denied Plaintiffs'

14 Motion for Protection from the bench.  Magistrate Sanderson has not issued a written order at

15 present.

16          For these reasons the Plaintiffs assert that Defendant's Motion to Quash the Guthart subpoena

17 should be denied in all respects.

18

19 Dated: September 12, 2007                    GIBSON, MCCLURE, WALLACE & DANIELS, LLP

20

21                                                            s/ Wade L. McClure
                                              By:    _____
22                                                            Wade L. McClure
                                                             8080 N. Central Expressway
23                                                           Suite 1300, LB50
                                                             Dallas, Texas 75206-1838
24                                                           Telephone: (214) 891-8040
                                                             Facsimile:  (214) 891-8010
25                                                           wmcclure@gmwd.com

26                                                           Attorneys for John Deckard and Peter Frankl

27

28 **Opposition to Netopia's Motion to Quash or Modify**
   **Jonathan Guthart's Subpoena Duces Tecum - Page 2**                    **Case No. 3:078-MC-80195(MHP)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on September 12, 2007, a true and correct copy of this instrument was filed electronically, notice of the filing was served on counsel for the Defendants by operation of the Court's electronic filing system, and the parties may access this filing by and through the Court's electronic filing system.

s/ Wade L. McClure

_____
Wade L. McClure

## DECLARATION OF WADE L. MCCLURE

I, Wade L. McClure, hereby declare as follows:

1.    I am an attorney at law admitted *pro hac vice* to practice in the Northern District of California and a partner in the law firm of Gibson, McClure, Wallace & Daniels, LLP, attorneys for Plaintiffs Peter Frankl and John Deckard. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently under oath thereto. I submit this declaration in support of the Opposition to Netopia's Motion to Quash or Modify Jonathan Guthart's Subpoena Duces Tecum.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Defendants' Motion for Protective Or, Alternatively, Motion for Leave to File Motion for Partial Summary Judgment, filed by Netopia in the underlying case, Civil Action No. 3:05-CV-1757-AH ECF, *Peter Frankl and John Deckard v. Netopia, Inc. and Alan Lefkof*.

3.    Attached hereto as **Exhibit B** is a true and correct copy of Exhibit M filed in support of that Motion for Protective Order. Exhibit M contains copies of the same subpoenas served upon Mr. Guthart which are the subject of this Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration consisting of nine numbered paragraphs is true and correct, and is based upon personal knowledge.

Executed this 12th day of September, 2007, at Dallas, Texas.

s/ Wade L. McClure

_____
Wade L. McClure