GIBSON, MCCLURE, WALLACE & DANIELS, L.L.P.
WADE L. MCCLURE (SBN: 13428700)
8080 N. Central Expressway, Suite 1300, LB50
Dallas, Texas 75206-1838
Telephone: (214) 891-8040
Facsimile:  (214) 891-8010
wmcclure@gmwd.com
Attorneys for John Deckard and Peter Frankl

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FRANKL AND JOHN DECKARD, | Case No. 3:07-MC-80195-MHP (EMC) |
| Plaintiffs, | (PENDING IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS 3:05-CV-1757B) (*PRO HAC VICE*) |
| v. | |
| NETOPIA, INC. AND ALAN LEFKOF, | **[PROPOSED] ORDER ON MOTION TO FILE DOCUMENT UNDER SEAL** |
| Defendants. | |
| | Filed concurrently: 1. Plaintiffs' Administrative Motion to File Document Under Seal |

Having considered the Motion of Plaintiffs File Document Under Seal, the Court hereby

GRANTS this Motion.

Dated: _____        _____
                                        Presiding Judge

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**
Case No. 3:07-MC-80195 MHP (EMC)                                    Solo Page