GIBSON, MCCLURE, WALLACE & DANIELS, L.L.P.
WADE L. MCCLURE (SBN: 13428700)
8080 N. Central Expressway, Suite 1300, LB50
Dallas, Texas 75206-1838
Telephone: (214) 891-8040
Facsimile:  (214) 891-8010
wmcclure@gmwd.com
Attorneys for John Deckard and Peter Frankl

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FRANKL AND JOHN DECKARD,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NETOPIA, INC. AND ALAN LEFKOF,<br><br>　　　　Defendants. | Case No. 3:07-MC-80195-MHP (EMC)<br><br>(PENDING IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS 3:05-CV-1757B)<br>(*PRO HAC VICE*)<br><br>**[PROPOSED] ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Filed concurrently:<br>1. Plaintiffs' Motion To Compel Production of Documents |

　　　Having considered Plaintiffs' Motion to Compel Production of Documents, the Court hereby

　　　GRANTS this Motion.


Dated: _____   _____
　　　　　　　　　　　　　　　　　　　　　Presiding Judge

**[PROPOSED] ORDER ON
PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS**
Case No. 3:07-MC-80195 MHP (EMC)　　　　　　　　　　　　　　　　　　Solo Page