1  GIBSON, MCCLURE, WALLACE & DANIELS, L.L.P.
   WADE L. MCCLURE (SBN: 13428700)
2  8080 N. Central Expressway, Suite 1300, LB50
   Dallas, Texas 75206-1838
3  Telephone: (214) 891-8040
   Facsimile:  (214) 891-8010
4  wmcclure@gmwd.com
   Attorneys for John Deckard and Peter Frankl
5

6

7

8                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
9

10
   PETER FRANKL AND                    Case No. 3:07-MC-80195-MHP (EMC)
11 JOHN DECKARD,

12              Plaintiffs,            (PENDING IN THE U.S. DISTRICT
                                       COURT FOR THE NORTHERN
13                                     DISTRICT OF TEXAS 3:05-CV-1757B)
                                       (*PRO HAC VICE*)
14 v.

15 NETOPIA, INC. AND ALAN LEFKOF,      [~~PROPOSED~~] ORDER ON MOTION TO
                                       FILE DOCUMENT UNDER SEAL
16              Defendants.

17                                     Filed concurrently:
                                       1.  Plaintiffs' Administrative Motion to File
18                                     Document Under Seal

19

20      Having considered the Motion of Plaintiffs File Document Under Seal, the Court hereby

21 GRANTS this Motion.

22

23 Dated: ___9/20/2007_____

24

25

26

27

28

---

[PROPOSED] ORDER ON
PLAINTIFFS' MOTION TO FILE
DOCUMENTS UNDER SEAL
Case No. 3:07-MC-80195 MHP (EMC)                                    Solo Page