GIBSON, MCCLURE, WALLACE & DANIELS, L.L.P.
WADE L. MCCLURE (SBN: 13428700)
8080 N. Central Expressway, Suite 1300, LB50
Dallas, Texas 75206-1838
Telephone: (214) 891-8040
Facsimile:  (214) 891-8010

Attorneys for John Deckard and Peter Frankl

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FRANKL AND JOHN DECKARD,<br><br>                    Plaintiffs,<br><br>v.<br><br>NETOPIA, INC. AND ALAN LEFKOF,<br><br>                    Defendants. | Case No. 3:07-MC-80195-MHP (EMC)<br><br>(PENDING IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS 3:05-CV-1757B)<br>(*PRO HAC VICE*)<br><br>**NOTICE OF HEARING FOR PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs, Peter Frankl and John Deckard, hereby provide notice that the hearing for Plaintiff's Motion to Compel Production of Documents will take place on Wednesday, November 7, 2007, commencing at 10:30 a.m. in Courtroom C with Magistrate Judge Edward M. Chen, 450 Golden State Avenue, 15th Floor, San Francisco, California 94102.

**NOTICE OF HEARING FOR PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
Case No. 3:07-MC-80195-MHP (EMC)

1  Dated: September 21, 2007                GIBSON, MCCLURE, WALLACE & DANIELS, LLP

2                                                                s/ Wade L. McClure
                                           By:  _____
3                                          Wade L. McClure
                                           8080 N. Central Expressway
4                                          Suite 1300, LB50
                                           Dallas, Texas 75206-1838
5                                          Telephone: (214) 891-8040
                                           Facsimile:  (214) 891-8010
6                                          wmcclure@gmwd.com

7                                          Attorneys for John Deckard and Peter Frankl

28 **NOTICE OF HEARING FOR PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
Case No. 3:07-MC-80195-MHP (EMC)                      -2-

# PROOF OF SERVICE

I am a citizen of the United States and employed in Dallas County, Texas. I am over the age of eighteen and not a party to the within-entitled action. I declare that I am an attorney at law admitted *pro hac vice* to practice in the Northern District of California. My business address is 8080 N. Central Expressway, Suite 1300, Dallas, Texas 75206. On September 21, 2007, I caused to be served by operation of the Court's electronic filing system a true and correct copy of the within document:

**NOTICE OF HEARING FOR PLAINTIFFS'**
**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

by delivering copies thereof to:

    Roland Michael Juarez, Esq.
    rjuarez@akingump.com

Service on attorney admitted *pro hac vice* for Defendant Netopia served via First Class Mail:

    Stephanie Osteen
    Akin Gump Strauss Hauer & Feld LLP
    1700 Pacific Avenue
    Suite 4100
    Dallas, Texas 75201

Service on partners of Morrison & Foerster, Doug Hendricks and Craig Martin, via Email:

| Doug Hendricks | Craig Martin |
|---|---|
| dhendricks@mofo.com | cmartin@mofo.com |

Executed on September 21, 2007, at Dallas, Texas 75206.

                                    s/ Wade L. McClure

                                    Wade L. McClure