ROLAND M. JUAREZ (SBN 160793)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001

STEPHANIE K. OSTEEN (admitted pro hac vice)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:    214-969-4225
Facsimile:    214-969-4343

Attorneys for Netopia, Inc. and Alan Lefkof

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FRANKL and JOHN DECKARD, | Case No. C07-80195 MISC MHP (EMC) |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF MOTIONS** |
| v. | Date:    October 3, 2007 |
| NETOPIA, INC. and ALAN LEFKOF, | Time:    1:00 p.m. |
| Defendants. | Courtroom:    C<br>Floor:    15th |

    PLEASE TAKE NOTICE that Defendant Netopia, Inc. and the Audit Committee of Defendant Netopia, Inc. hereby withdraw: (1) Motion of the Netopia Audit Committee to Quash or Modify Subpoena Duces Tecum (Docket No. 1); and (2) Motion of Netopia, Inc. to Quash or Modify Subpoenas (Docket No. 6). The hearing set for October 3, 2007, at 1:00 p.m. in Courtroom C, 15th floor of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, will no longer be necessary to hear argument on these motions.

Dated: October 1, 2007        AKIN GUMP STRAUSS HAUER & FELD LLP


By   / *Roland Juarez* /s/          /
        Roland M. Juarez
Attorney for Netopia, Inc. and Alan Lefkof

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Ste 2400, Los Angeles, CA 90067. On October 1, 2007, I served the foregoing document(s) described as: **NOTICE OF WITHDRAWAL** on the interested party(ies) below, using the following means:

> Plaintiffs Peter Frankl and John Deckard
> c/o Wade L. McClure
> Gibson, McClure, Wallace & Daniels, LLP
> 8080 N. Central Expressway, Suite 1300, LB 50
> Dallas, Texas 75206

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 1, 2007 at Los Angeles, California.

Tracy Howe                          / Tracy Howe /s/                          /
[Print Name of Person Executing Proof]    [Signature]