1 | GIBSON, MCCLURE, WALLACE & DANIELS, L.L.P.
WADE L. MCCLURE (SBN: 13428700)
2 | 8080 N. Central Expressway, Suite 1300, LB50
Dallas, Texas 75206-1838
3 | Telephone: (214) 891-8040
Facsimile:  (214) 891-8010

Attorneys for John Deckard and Peter Frankl

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER FRANKL AND           Case No. 3:07-MC-80195-MHP (EMC)
JOHN DECKARD,
                                        (PENDING IN THE U.S. DISTRICT
           Plaintiffs,                  COURT FOR THE NORTHERN
                                        DISTRICT OF TEXAS 3:05-CV-1757B)
v.                                      (*PRO HAC VICE*)

NETOPIA, INC. AND ALAN LEFKOF,          **NOTICE OF WITHDRAWAL
                                        OF PLAINTIFFS' MOTION TO
                                        COMPEL PRODUCTION
           Defendants.                  OF DOCUMENTS**

                                        Date: November 7, 2007
                                        Time: 10:30 a.m.
                                        Courtroom:    C
                                        Floor: 15th

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that Plaintiffs, Peter Frankl and John Deckard, hereby withdraw Plaintiff's Motion to Compel Production of Documents (Docket No. 14).  The hearing set for Wednesday, November 7, 2007, at 10:30 a.m. in Courtroom C with Magistrate Judge Edward M. Chen, 450 Golden State Avenue, 15th Floor, San Francisco, California 94102, will no longer be necessary to hear argument on this motion.

**NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS**
Case No. 3:07-MC-80195-MHP (EMC)

| | | |
|---|---|---|
| 1 | Dated: October 2, 2007 | GIBSON, MCCLURE, WALLACE & DANIELS, LLP |
| 2 | | s/ Wade L. McClure |
| 3 | | By: _____ |
| | | Wade L. McClure |
| 4 | | 8080 N. Central Expressway |
| | | Suite 1300, LB50 |
| 5 | | Dallas, Texas 75206-1838 |
| | | Telephone: (214) 891-8040 |
| 6 | | Facsimile:  (214) 891-8010 |
| | | wmcclure@gmwd.com |
| 7 | | Attorneys for John Deckard and Peter Frankl |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
Case No. 3:07-MC-80195-MHP (EMC)            -2-

## PROOF OF SERVICE

I am a citizen of the United States and employed in Dallas County, Texas. I am over the age of eighteen and not a party to the within-entitled action. I declare that I am an attorney at law admitted *pro hac vice* to practice in the Northern District of California. My business address is 8080 N. Central Expressway, Suite 1300, Dallas, Texas 75206. On October 2, 2007, I caused to be served by operation of the Court's electronic filing system a true and correct copy of the within document:

**NOTICE OF WITHDRAWAL OF PLAINTIFFS'**
**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

by delivering copies thereof to:

    Roland Michael Juarez, Esq.
    rjuarez@akingump.com

Service on attorney admitted *pro hac vice* for Defendant Netopia, by certified mail, return receipt requested:

    Stephanie Osteen
    Akin Gump Strauss Hauer & Feld LLP
    1700 Pacific Avenue
    Suite 4100
    Dallas, Texas 75201

Service on attorneys of Morrison & Foerster, Douglas Hendricks and Gregory Call, by certified mail, return receipt requested:

    Douglas Hendricks
    Gregory Call
    Morrison & Foerster LLP
    425 Market Street
    San Francisco, California 94105-2482

Executed on October 2, 2007, at Dallas, Texas 75206.

                      s/ Wade L. McClure
                      _____
                      Wade L. McClure